**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____X

**Francis J. Sampson, Jr.,**
                    **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO.**


**U.S. Bank National Association as Trustee,**
**Successor in Interest to Bank of America, N.A.,**
**Successor in Interest by Merger to Lasalle**
**Bank, N.A. as Trustee for WAMU Pass Through**
**Certificates, Series 2007-OA4; Select Portfolio**
**Servicing, Inc., and JPMorgan Chase Bank, N.A.,**
                    **Defendants.**
_____X

### DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.3(A) DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for U.S. Bank National Association as Trustee, Successor in Interest to Bank of America N.A., Successor in Interest by Merger to Lasalle Bank, N.A. as Trustee for WAMU Pass Through Certificates, Series 2007-OA4 ("U.S. Bank") and Select Portfolio Servicing, Inc. ("SPS"), states the following:

1.      The Defendant, U.S. Bank, is a national association organized and existing under the laws of the United States of America with its principal place of business located 425 Walnut Street, Cincinnati, OH 45202.

2.      U.S. Bank is a wholly owned subsidiary of U.S. Bancorp.

3.      SPS is a foreign corporation organized and existing under the laws of the State of Utah with its principal place of business located at 3217 S. Decker Drive, Salt Lake City, UT

84119.

4.      SPS is wholly owned by SPS Holding Corp., which is not a publicly traded corporation and is organized and existing under the laws of the State of Delaware.

5.      SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is not a publicly traded corporation and is organized and existing under the laws of the State of Delaware.

Respectfully Submitted,
U.S. Bank National Association as Trustee, Successor in Interest to Bank of America, N.A., Successor in Interest by Merger to Lasalle Bank, N.A., as Trustee for WAMU Pass Through Certificates, Series 2007-OA4; and
Select Portfolio Servicing, Inc.
By their attorneys,

Dated: March 21, 2022

/s/ Brian C. Linehan
Brian C. Linehan, Esq. (BBO #690437)
Reneau J. Longoria, Esq. (BBO #635118)
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 303C
Beverly, MA 01915
Tel. (978) 921-2670
bl@dgandl.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Notice of Removal was served upon the Plaintiff in this action by electronic notification and/or mailing a true copy of the same, first-class mail, postage prepaid, on March 24, 2022 to:

Glenn F. Russell, Jr., Esq.
Glenn F. Russell, Jr. & Associates, P.C.
38 Rock Street, Suite #12
Fall River, MA 02720
Russ45esq@gmail.com

/s/ Brian C. Linehan
Brian C. Linehan, Esq.

Francis J. Sampson, Jr. v. U.S. Bank, N.A., as Trustee, et al.
85 Heritage Lane, Duxbury, MA
DG&L File No. 4012.82                                    2